UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-1097

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| TERRY DEMETRIUS BYRD | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 16 and its accompanying order be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

So ordered, this 17 day of February, 2016.

*James Dever*
JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE